473 A.2d 677

Prudential v. Mueller, Appellant.

Argued January 17, 1984. James L. Womer, for appellant; Glenn D. Hains, for appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment affirmed.

473 A.2d 677

Regal Plumbing v. Sechrist, et al.

Appeal of Robert V. Sechrist.

Argued November 1, 1983. Joseph R. Adamczyk, Jr., for appellant; Daniel W. Shoemaker, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order affirmed.